UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § § | |
| ANGELA HUNTER<br>a/k/a ANGELIA HUNTER | § § § § § § § § § § | 18 CR 310 |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a _____CRIMINAL INDICTMENT_____ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on _____ at _____. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

ANGELA HUNTER
15843 REDDY LANE
HOUSTON, TX  77053

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on _____June 7_____, 20 _18_.

_____
UNITED STATES MAGISTRATE JUDGE